IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Johnson, Lamaine K | Case Number: 07 B 21070 |
| | Judge: Hollis, Pamela S |
| Printed: 10/7/08 | Filed: 11/9/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 25, 2008
Confirmed: January 14, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 713.60 | |
| Secured: | | 477.27 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 195.12 |
| Trustee Fee: | | 41.21 |
| Other Funds: | | 0.00 |
| Totals: | 713.60 | 713.60 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,314.00 | 195.12 |
| 2. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 3. | Santander Consumer USA | Secured | 8,629.55 | 477.27 |
| 4. | Illinois Dept Of Healthcare And Family | Priority | 11,441.86 | 0.00 |
| 5. | Internal Revenue Service | Priority | 1,261.60 | 0.00 |
| 6. | Americas Financial Choice Inc | Unsecured | 44.35 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 892.93 | 0.00 |
| 8. | HSBC Auto Finance | Unsecured | 2,377.78 | 0.00 |
| 9. | Santander Consumer USA | Unsecured | 52.41 | 0.00 |
| 10. | Global Payments | Unsecured | 50.00 | 0.00 |
| 11. | Nicor Gas | Unsecured | 24.89 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 14.80 | 0.00 |
| 13. | Illinois Dept Of Healthcare And Family | Priority | | No Claim Filed |
| 14. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 15. | AT&T | Unsecured | | No Claim Filed |
| 16. | Diversified Collection Service | Unsecured | | No Claim Filed |
| 17. | Credit Acceptance Corp | Unsecured | | No Claim Filed |
| 18. | AA Credit Union | Unsecured | | No Claim Filed |
| 19. | MRSI | Unsecured | | No Claim Filed |
| | | | $ 28,104.17 | $ 672.39 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 25.41 |
| 6.5% | 15.80 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Johnson, Lamaine K

Printed:  10/7/08

Case Number:  07 B 21070
Judge:  Hollis, Pamela S
Filed:  11/9/07

_____
$ 41.21

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

